**Order entered December 13, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-21-00172-CV**

**SOUAD SHRIME, Appellant**

**V.**

**LENN KAPTAIN D/B/A LENN KAPTAIN REALTORS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06324-D**

**ORDER**

Before the Court is appellant's December 9, 2021 unopposed second motion for an extension of time to file her brief on this merits. We **GRANT** the motion and extend the time to **January 7, 2022**. We caution appellant that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE